DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADENIKE ADEBIYI,**
Appellant,

v.

**FLORIDA DEPARTMENT OF HEALTH,**
Appellee.

No. 4D22-2540

[May 11, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE-21-015952.

Adenike Adebiyi, Coral Gables, pro se.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health Prosecution Services Unit, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***